# ESTRIN & BENN, LLC
ATTORNEYS AT LAW

225 Broadway, Suite 1200
New York, New York 10007
Tel (212) 962-0800
Fax (212) 732-1408

www.EstrinBenn.com

*VIA ECF*

December 4, 2019

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: Claudio Darezzo v. Brasero Restaurant Inc. d/b/a Baby Bo's Cantina and
627 Second Corp.
Case No: 19-CV-6614 (KPF)

Dear Judge Failla:

    Our office represents the Defendants in the above action. The Defendants respectfully request an extension of time to respond or otherwise move with respect to the Plaintiff's complaint from December 11, 2019 to January 15, 2010. This is the second request for an extension of time to respond to the Complaint. The Defendants further request that the initial pretrial conference scheduled for December 11, 2019 also be adjourned to January 15, 2020.

    The Plaintiff consents to the adjournment.

    The Plaintiff and the Defendants jointly request the extension of time because the parties are in the process of trying to resolve this matter without incurring further and unnecessary legal fees and costs and also due to the fact that Plaintiff has to be out of state on December 11, 2019. The Defendants are also investigating the claims alleged by the Plaintiff in this action.

    We sincerely thank the Court for its time and consideration of the foregoing request.

Respectfully submitted,

Estrin & Benn, LLC
By:   /s/ Melvyn J. Estrin
Melvyn J. Estrin, Esq.
(212) 962-0800

Cc:   Donald J. Weiss, Esq. (via ECF)
Failla_NYSDChambers@nysd.uscourts.gov

Application GRANTED.  Defendants shall respond to the complaint on or before January 15, 2020.  The initial pretrial conference currently scheduled for December 11, 2019, is hereby ADJOURNED to January 16, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     December 4, 2019         SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE